UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abraham Sabel, individually and on behalf of all others similarly situated, | Case No.:7:21-cv-6964 |
| Plaintiff | |
| Vs | ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |
| Faloni Law Group, LLC, First Portfolio Ventures I, LLC | |
| Defendant(s) | |

WHEREAS, on August 18, 2021, Plaintiff filed the instant action in the United States District Court for the Southern District of New York,

WHEREAS, Plaintiff served Defendant Faloni Law Group, LLC ("FLG") on or about August 20, 2021,

WHEREAS the attorneys for the Plaintiff and the attorneys for the Defendant have conferred regarding FLG's time to answer or move against the complaint,

WHEREAS it is Stipulated and Agreed, by and between the undersigned that FLG's time to answer, move against, or otherwise respond to the complaint is extended to and through October 15, 2021,

WHEREAS it is further Stipulated and Agreed that this Stipulation may be executed in counterparts and that a facsimile, electronic or other reproduced signature shall have the same force and effect as an original signature,

IT IS on this ____**24th**____ day of September 2021,

ORDERED that FLG's time to respond to the Complaint filed in this matter is extended to and through October 15, 2021.

_____
The Honorable Philip M. Halpern
**United States District Court Judge**

| | |
|---|---|
| *David A. Faloni, Jr.* | *Tamir Saland* |
| David A. Faloni, Jr. | Tamir Saland, Esq. |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| Faloni Law Group, LLC | One University Plaza, Ste 620 |
| 25 Eagle Rock Avenue, Suite 404 | Hackensack, NJ 07601 |
| Roseland, NJ 07068 | P. (201)282-6500 ext 122 |
| P: (973)226-2525 | F. (201)282-6501 |
| F: (973)575-0490 | tsaland@SteinSaksLegal.com |
| davef@falonilaw.com | Attorneys for Plaintiff |
| Attorneys for Defendant | |
| Faloni Law Group, LLC | |