B&N File #15405.7MW

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK (White Plains)

=====================================  :
                                       :
**ABRAHAM SABEL, individually and on**  :
**Behalf of all others similarly situated**  :    7:21-cv-06964 (PMH)
                                       :
    Plaintiff,     :    **ORDER TO**
                                       :    **EXTEND TIME TO**
    vs.            :    **RESPOND TO THE**
                                       :    **COMPLAINT**
**FALONI LAW GROUP, LLC and**          :
**FIRST PORTFOLIO VENTURES I, LLC**    :
                                       :
    Defendants     :
                                       :
=====================================  :

    WHEREAS, on August 18, 2021, Plaintiff filed the instant action in the United States District Court for the Southern District of New York,

    WHEREAS, Plaintiff served Defendant First Portfolio Ventures I, LLC ("FPV I") on or about August 27, 2021,

    WHEREAS the attorneys for the Plaintiff and the attorneys for the Defendant have conferred regarding FPV I's time to answer or move against the complaint,

    WHEREAS it is Stipulated and Agreed, by and between the undersigned that FPV I's time to answer, move against, or otherwise respond to the complaint is extended to and through October 22, 2021,

    WHEREAS it is further Stipulated and Agreed that this Stipulation may be executed in counterparts and that a facsimile, electronic or other reproduced signature shall have the same force and effect as an original signature,

    IT IS on this __**12th**__ day of October 2021,

    ORDERED that FPV 1's time to respond to the Complaint filed in this matter is extended to and through October 22, 2021.

_____
The Honorable Philip M. Halpern

| | |
|---|---|
| __/s/Mitchell L Williamson_____ | ___/s/_ *Tamir Saland*_____ |
| Mitchell L. Williamson, Esq. | Tamir Saland, Esq. |
| Barron & Newburger, P.C. | Stein Sacks |
| Attorney for Defendant First Portfolio Ventures I, LLC | Attorney for Plaintiff |
| 458 Elizabeth Ave - Suite 5371 | One University Plaza |
| Somerset, New Jersey  08873 | Hackensack, N.J. 07601 |
| Telephone: (732) 732-328-9480 | Telephone: (201) 282-6500 ext 122 |
| | Facsimile:  (201) 282-6501 |
| mwilliamson@bn-lawyers.com | Tsaland@steinsakslegal.com |