**BARRON & NEWBURGER, P.C.**

Mitchell L. Williamson
Of Counsel, Licensed in New Jersey & New York

March 1, 2022

*Via ECF*
Hon. Philip M. Halpern, U.S.D.J.
United States District Court - Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re: <u>Abraham Sabel et al v. Faloni Law Group, et al</u>
> United States District Court for the Southern District of New York
> 7:21-cv-06964 (PMH)

---

Application granted. The conference scheduled for April 7, 2022 is rescheduled to 11:30 a.m. on April 5, 2022. The conference shall be held in-person in Courtroom 520 at 300 Quarropas Street, White Plains, New York.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 34.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        March 2, 2022

---

Dear Judge Halpern:

The undersigned represents Defendant First Portfolio Ventures I, LLC ("FPV") in the above referenced matter. Earlier today Your Honor set an in-person hearing for April 7, 2022 (D.E. 33). I respectfully request that the Court re-set the Hearing. The reason for this request is that I will be out of town from April 7 through the 12th on business and personal matters and unable to attend. Prior to writing the Court I consulted with both Co-Defendant Feloni Law Group and Counsel for Plaintiff, and based on our exchanges propose, with both Counsel's consent, that the hearing be moved to either April 5th or 6th so as not to interfere with the previously established schedule of the Court.

Thank you for your consideration of this matter.

Respectfully submitted,
BARRON & NEWBURGER, P.C.
*Mitch Williamson*
Mitchell L Williamson

cc:     All Counsel via ECF